UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In the Matter of Ryan Matthew Pesicka

WSBA No. 48182

Case No. 2:19-rd-00060-RSM

ORDER OF REINSTATEMENT TO
ACTIVE STATUS

This matter comes before the Court on Ryan Matthew Pesicka's petition for

reinstatement.   Mr. Pesicka has submitted a Notice of Reinstatement to Active Status issued by

the Washington State Bar Association.

It is THEREFORE ORDERED that Ryan Matthew Pesicka is hereby reinstated to Active

Status before this Court.

DATED this 24th day of October, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER of REINSTATEMENT TO ACTIVE
STATUS